IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 13 |
| | * | |
| DAVE YOND | * | |
| | * | |
| | * | |
| Debtors | * | BANKRUPTCY NO. 15-31593 |

## MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND REQUEST FOR ADDITIONAL ATTORNEY'S FEES

TO THE HONORABLE BANKRUPTCY JUDGE:

COMES NOW, Dave Yond by and through his attorneys, EDGAR J. BORREGO/MIGUEL A. FLORES, and respectfully files this Motion to Sell Real Property Free and Clear of Liens And Request For Additional Attorney's Fees and as grounds thereof, would respectfully show the Court as follows:

I.

Debtor filed a Chapter 13 case on October 09, 2015 and was confirmed on March 11, 2016.

II.

Debtor's plan payments were confirmed at $2,300.00 for 60 months. The plan base was $138,000.00. A Motion to Modify was granted January 04, 2021 where the plan was extended to 84 months under the Cares Act. The plan base was modified to $155,170.00. Said base was calculated as follows: ($2,300.00 x 3 months) + ($2,570.00 x 5 months) + ($2,660.00 x 41 months) + ($1,600.00 x 5 months) + ($2,660.00 x 6 months) + ($100.00 x 24 months).

III.

Debtor is selling his homestead in order to get current with the Georgia property where he currently resides. The legal description of Debtors' property to be sold is "BLK 321 TIERRA DEL ESTE #67 LOT 24". It is commonly known as 14692 Igor Kaleri, El Paso Texas 79938.

IV.

The debt on the home is owed to Wells Fargo Home Mortgage. The debt was listed as

their homestead on schedule A and federally exempted in schedule C in their petition.

V.

Debtor has a Closing Disclosure to sell the property to Debbie Orr and Anthony R. Orr. They received an offer on the property for $194,959.00.

VI.

Debtor requests that at closing the ad valorem taxes for year 2021 pertaining to the subject property shall be prorated and shall become the responsibility of the Purchaser and the 2021 ad valorem tax lien shall be retained against the subject property until said taxes are paid in full. The appropriate language to satisfy the Tax Assessor will be memorialized in the default order. At closing, after all liens are paid in full, Lone Star Title will be directed to send all of the net proceeds to the Chapter 13 Trustee pending a separate motion to determine said funds.

VII.

REQUEST FOR ADDITONAL ATTORNEY'S FEES

Debtor's Counsel requests an additional $400.00 fees for the preparation and prosecution of the Motion to Sell. The additional fees should be paid under the Debtor's Chapter 13 Plan.

VIII.

Attached to this Motion is Exhibit A showing the form of proposed order and Exhibit B the Closing Disclosure.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that after notice and hearing, they be allowed to sell the property on "BLK 321 TIERRA DEL ESTE #67 LOT 24" commonly known as 14692 Igor Kaleri, El Paso Texas 79938. Debtors pray that upon the sale any and all liens encumbering the Property shall be free and clear and paid in full at closing. Debtors pray that nothing in this Order shall be deemed to extinguish any ad valorem tax liens for the current tax year or any subsequent tax year. Debtors also pray that any proceeds be sent to: *Stuart C. Cox, Chapter 13 Trustee, P.O. Box 210, Memphis, TN 38101-0210* and the proceeds be held in trust until an order determining proceeds of said sale is granted by this Court. Debtor's Counsel request an additional $400.00 fees for the preparation and prosecution of the Motion to Sell be under the Debtor's Chapter 13 Plan.

DATED on this the \_1\_ day of \_\_July\_\_, 2021.

Respectfully submitted,

*Dave Yond*
_____
DAVE YOND

_____
EDGAR J. BORREGO, SBN 00787107
MIGUEL A. FLORES, SBN 24036574
Attorney for Debtor(s)
2610 Montana Avenue
El Paso, TX 79903
(915) 566-4300
efile@tanzyborrego.com

## CERTIFICATE OF SERVICE

I certify that on \_\_\_\_ day of \_\_July\_\_, 2021 a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first class mail:

_____
Edgar J. Borrego/Miguel Flores
Attorneys for Tanzy & Borrego Law Offices P.L.L.C.

TB#34686/BG

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 15-31593-hcm<br>Western District of Texas<br>El Paso<br>Wed Jun 30 10:09:31 CDT 2021 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | Army & Air Force Exchange Services<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712-1083 |
| Attorney General<br>10th & Constitution N.W.<br>Main Justice Bldg. #5111<br>Washington, DC 20530-0001 | City of El Paso<br>c/o Don Stecker<br>711 Navarro Suite 300<br>San Antonio, TX 78205-1749 | Columbia County Tax Assessor<br>P.O. Box 498<br>Evans, GA 30809-0498 |
| Comanche County Tax Assessor<br>315 SW 5th St # 301<br>Lawton, OK 73501-4373 | (p)US DEPT OF HOUSING AND URBAN DEVELOPMENT R<br>MARCUS R PATTON<br>OFFICE OF GENERAL COUNSEL<br>801 CHERRY ST UNIT 45<br>FT WORTH TX 76102-6882 | Internal Revenue Service<br>Special Procedures Staff - Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Keisha Yond<br>3818 Villa Ct.<br>Augusta, GA 30907-4111 | Keisha Yond<br>c/o Attorney General/State of Texas<br>Child Support Division<br>6090 Surety Dr., Ste. 250<br>El Paso, TX 79905-2062 | Keisha Yond<br>c/o SDU (Child Disbursement Unit)<br>P.O. Box 659791<br>San Antonio, TX 78265-9791 |
| LVNV Funding, LLC its successors and assigns<br>assignee of LendingClub Corporation &<br>LC Trust I<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lakeview Loan Servicing, LLC<br>LoanCare, LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 |
| Lakeview Loan Servicing, LLC<br>c/o Lakia' S. McCline<br>Codilis & Moody, P.C.<br>400 N. Sam Houston Parkway E. 900-A<br>Houston, TX 77060-3548 | Lando Resort Corporation<br>3015 N. Ocean Blvd. #121<br>Fort Lauderdale, FL 33308-7344 | Lending Club<br>21 Stevenson<br>Suite 300<br>San Francisco, CA 94105-2706 |
| Navient<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 | (p)ASCENDIUM EDUCATION SOLUTIONS INC<br>PO BOX 8961<br>MADISON WI 53708-8961 | Navy Federal Credit Union<br>Bankruptcy Department<br>820 Follin Lane<br>Vienna, VA 22180-4907 |
| Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3501 | Navy Federal Credit Union<br>P.O. Box 3302<br>Merrifield, VA 22119-3302 | Navy Federal Credit Union<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| Nelnet<br>3015 S Parker Rd<br>Ste 400<br>Aurora, CO 80014-2904 | Nelnet on behalf of College Assist<br>College Assist c/o Educational Credit Ma<br>PO Box 16358<br>St. Paul, MN 55116-0358 | PHH Mortgage<br>P.O. Box 5452<br>Mount Laurel, NJ 08054-5452 |

| | | |
|---|---|---|
| PHH Mortgage Corporation<br>ATTN: BANKRUPTCY DEPARTMENT<br>One Mortgage Way; Mailstop: SV01<br>Mt. Laurel, NJ 08054-4624 | PHH Mortgage Corporation<br>CODILIS & STAWIARSKI P.C.<br>650 N. Sam Houston Parkway, Suite 450<br>Houston, TX 77060-5908 | PHH Mortgage Corporation<br>c/o Lakia' S. McCline<br>Codilis & Moody, P.C.<br>400 N. Sam Houston Parkway E. 900-A<br>Houston, TX 77060-3548 |
| Tanzy & Borrego Law Offices, P.L.L.C.<br>2610 Montana Ave.<br>El Paso, TX 79903-3712 | Tax Assessor/Collector<br>P.O. Box 2992<br>El Paso, TX 79999-2992 | U.S. Attorney/FHA/HUD/IRS/VA<br>601 N.W. Loop 410<br>Suite 600<br>San Antonio, TX 78216-5512 |
| USAA<br>9800 Fredericksburg Rd.<br>San Antonio, TX 78288-0002 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | (p)ASCENDIUM EDUCATION SOLUTIONS INC<br>2501 INTERNATIONAL LANE<br>MADISON WI 53704-3180 |
| Verizon Wireless<br>P.O. Box 26055<br>Minneapolis, MN 55426-0055 | Veterans Administration<br>Attn: Support Services Division (243)<br>701 Clay Avenue<br>Waco, TX 76799-0001 | WELLS FARGO HOME MORTGAGE<br>P.O. BOX 10335<br>Des Moines, IA 50306-0335 |
| Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC# D3347-014<br>3476 Stateview Blvd<br>Fort Mill SC 29715-7203 | Wells Fargo Bank, N.A.<br>c/o Abbey U Dreher<br>4004 Belt Line Rd Ste. 100<br>Addison, TX 75001-4320 | Wells Fargo Bank, N.A.<br>c/o BDFTE<br>4004 Belt Line Rd, Ste 100<br>Addison, TX 75001-4320 |
| Wilmington Savings Fund Society, FSB, As Tru<br>1600 South Douglass Road<br>Anaheim, CA 92806-5948 | Dave Yond<br>P.O. Box 963507<br>El Paso, TX 79996-3507 | Edgar J. Borrego<br>Tanzy & Borrego Law Offices, P.L.L.C.<br>2610 Montana Avenue<br>El Paso, TX 79903-3712 |
| Marissa Amanda Hackert<br>Tanzy & Borrego Law Offices<br>2610 Montana Avenue<br>El Paso, TX 79903-3712 | Miguel Flores2<br>Tanzy & Borrego Law Offices<br>2610 Montana Avenue<br>El Paso, TX 79903-3712 | Miguel Alejandro Flores<br>Tanzy & Borrego Law Offices<br>2610 Montana<br>El Paso, TX 79903-3712 |
| Stuart C. Cox<br>El Paso Chapter 13 Trustee<br>1760 N. Lee Trevino Dr.<br>El Paso, TX 79936-4565 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Army & Air Force Exchange<br>P.O. Box 650410<br>Dallas, TX 75265-0410 | FHA/HUD<br>451 7th Street S.W.<br>Washington, DC 20410 | (d)Military Star<br>3911 S Walton Walker Blvd<br>Dallas, TX 75236 |

| | | |
|---|---|---|
| Navient Solutions, Inc. on behalf of USAF<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 | United Student Aid Funds, Inc (USAF)<br>PO Box 8961<br>Madison WI 53708-8961 | End of Label Matrix<br>Mailable recipients    51<br>Bypassed recipients    0<br>Total    51 |