IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| DAVE YOND | * | |
| | * | |
| | * | |
| | * | |
| Debtors | * | NO. 15-31593-HCM |

<u>MOTION TO DETERMINE THE RIGHT TO POSSESSION OF FUNDS</u>

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Comes now, Dave Yond, Debtor herein by and through his attorney of record, Edgar Borrego/Miguel Flores, and file this Motion to Determine the Right to Possession of Funds, and would respectfully represent:

I.

Debtor herein filed a voluntary petition for relief under Chapter 13 on October 09, 2015.

II.

Debtor will respectfully show the Court that Debtor expedited a Motion to Sell Property for the house located at 14692 Igor Kaleri, El Paso TX, 79938. An order to sell the house free and clear of liens was entered on July 14, 2021.

III.

On August 20, 2021 the Chapter 13 Trustee's office received net proceeds of the sale in

the amount of $5,905.34 after closing and after all liens were paid in full. The debt was listed as their homestead of schedule A and federally exempted under 11 U.S.C.§ 522(d)(5) in schedule C in his petition.

IV.

Debtor requests that the proceeds of $5,905.34 be used to pay off his Chapter 13 plan and any remaining funds be remitted to him.

V.

Attached to this motion is Exhibit A showing the form of proposed order.

WHEREFORE, Dave Yond, Debtor herein prays for an Order authorizing his right of possession of said funds from the sale of his property in the amount of $5,905.34 and for such other relief as is just.

DATED this the ___<sup>Sep 14, 2021</sup>___ day of ___Sep 14, 2021___, 2021.

Respectfully submitted,

DAVE YOND

EDGAR J. BORREGO, SBN 00787107
MIGUEL A. FLORES, SBN 24036574
Attorneys for Debtor
2610 Montana Avenue
El Paso, TX  79903
(915) 566-4300
efile@tanzyborrego.com

<u>CERTIFICATE OF SERVICE</u>

I certify that on _____ day of _____ , 2021 a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first class mail:

_____

**Edgar J. Borrego/Miguel Flores**
Attorneys for Tanzy & Borrego Law Offices

TB#34686/BG

Label Matrix for local noticing
0542-3
Case 15-31593-hcm
Western District of Texas
El Paso
Mon Sep 13 17:55:20 CDT 2021

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2417

AMERICAN EXPRESS BANK, FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

American Express
P.O. Box 981535
El Paso, TX 79998-1535

(p)CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

Army & Air Force Exchange Services
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712-1083

Attorney General
10th & Constitution N.W.
Main Justice Bldg. #5111
Washington, DC 20530-0001

City of El Paso
c/o Don Stecker
711 Navarro Suite 300
San Antonio, TX 78205-1749

Columbia County Tax Assessor
P.O. Box 498
Evans, GA 30809-0498

Comanche County Tax Assessor
315 SW 5th St # 301
Lawton, OK 73501-4373

(p)US DEPT OF HOUSING AND URBAN DEVELOPMENT R
MARCUS R PATTON
OFFICE OF GENERAL COUNSEL
801 CHERRY ST UNIT 45
FT WORTH TX 76102-6882

Internal Revenue Service
Special Procedures Staff - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Keisha Yond
3818 Villa Ct.
Augusta, GA 30907-4111

Keisha Yond
c/o Attorney General/State of Texas
Child Support Division
6090 Surety Dr., Ste. 250
El Paso, TX 79905-2062

Keisha Yond
c/o SDU (Child Disbursement Unit)
P.O. Box 659791
San Antonio, TX 78265-9791

LVNV Funding, LLC its successors and assigns
assignee of LendingClub Corporation &
LC Trust I
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
PO Box 10587
Greenville, SC 29603-0587

Lakeview Loan Servicing, LLC
LoanCare, LLC
ATTN: BANKRUPTCY DEPARTMENT
3637 Sentara Way
Virginia Beach, VA 23452-4262

Lakeview Loan Servicing, LLC
c/o Lakia' S. McCline
Codilis & Moody, P.C.
400 N. Sam Houston Parkway E. 900-A
Houston, TX 77060-3548

Lando Resort Corporation
3015 N. Ocean Blvd. #121
Fort Lauderdale, FL 33308-7344

Lending Club
21 Stevenson
Suite 300
San Francisco, CA 94105-2706

Navient
P.O. Box 9500
Wilkes Barre, PA 18773-9500

(p)ASCENDIUM EDUCATION SOLUTIONS  INC
PO BOX 8961
MADISON WI 53708-8961

Navy Federal Credit Union
Bankruptcy Department
820 Follin Lane
Vienna, VA 22180-4907

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3501

Navy Federal Credit Union
P.O. Box 3302
Merrifield, VA 22119-3302

Navy Federal Credit Union
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

Nelnet
3015 S Parker Rd
Ste 400
Aurora, CO 80014-2904

Nelnet on behalf of College Assist
College Assist c/o Educational Credit Ma
PO Box 16358
St. Paul, MN 55116-0358

PHH Mortgage
P.O. Box 5452
Mount Laurel, NJ 08054-5452

PHH Mortgage Corporation
ATTN: BANKRUPTCY DEPARTMENT
One Mortgage Way; Mailstop: SV01
Mt. Laurel, NJ 08054-4624

PHH Mortgage Corporation
CODILIS & STAWIARSKI P.C.
650 N. Sam Houston Parkway, Suite 450
Houston, TX 77060-5908

PHH Mortgage Corporation
c/o Lakia' S. McCline
Codilis & Moody, P.C.
400 N. Sam Houston Parkway E. 900-A
Houston, TX 77060-3548

Tanzy & Borrego Law Offices, P.L.L.C.
2610 Montana Ave.
El Paso, TX 79903-3712

Tax Assessor/Collector
P.O. Box 2992
El Paso, TX 79999-2992

U.S. Attorney/FHA/HUD/IRS/VA
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216-5512

USAA
9800 Fredericksburg Rd.
San Antonio, TX 78288-0002

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

(p)ASCENDIUM EDUCATION SOLUTIONS INC
2501 INTERNATIONAL LANE
MADISON WI 53704-3180

Verizon Wireless
P.O. Box 26055
Minneapolis, MN 55426-0055

(p)VETERANS ADMINISTRATION
PO BOX 11930
ST PAUL MN 55111-0930

WELLS FARGO HOME MORTGAGE
P.O. BOX 10335
Des Moines, IA 50306-0335

Wells Fargo Bank, N.A.
Attention: Bankruptcy Department
MAC# D3347-014
3476 Stateview Blvd
Fort Mill SC 29715-7203

Wells Fargo Bank, N.A.
c/o Abbey U Dreher
4004 Belt Line Rd Ste. 100
Addison, TX 75001-4320

Wells Fargo Bank, N.A.
c/o BDFTE
4004 Belt Line Rd, Ste 100
Addison, TX 75001-4320

Wilmington Savings Fund Society, FSB, As Tru
1600 South Douglass Road
Anaheim, CA 92806-5948

Dave Yond
P.O. Box 2744
Woodbridge, VA 22195-2744

Edgar J. Borrego
Tanzy & Borrego Law Offices, P.L.L.C.
2610 Montana Avenue
El Paso, TX 79903-3712

Marissa Amanda Hackert
Tanzy & Borrego Law Offices
2610 Montana Avenue
El Paso, TX 79903-3712

Miguel Flores2
Tanzy & Borrego Law Offices
2610 Montana Avenue
El Paso, TX 79903-3712

Miguel Alejandro Flores
Tanzy & Borrego Law Offices
2610 Montana
El Paso, TX 79903-3712

Stuart C. Cox
El Paso Chapter 13 Trustee
1760 N. Lee Trevino Dr.
El Paso, TX 79936-4565

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Army & Air Force Exchange
P.O. Box 650410
Dallas, TX 75265-0410

FHA/HUD
451 7th Street S.W.
Washington, DC 20410

(d)Military Star
3911 S Walton Walker Blvd
Dallas, TX 75236

Navient Solutions, Inc. on behalf of USAF
Attn: Bankruptcy Litigation Unit E3149
P.O. Box 9430
Wilkes-Barre, PA 18773-9430

United Student Aid Funds, Inc (USAF)
PO Box 8961
Madison WI 53708-8961

Veterans Administration
Attn:  Support Services Division (243)
701 Clay Avenue
Waco, TX 76799-0001


End of Label Matrix
Mailable recipients    51
Bypassed recipients     0
Total                  51